IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:99-CR-142-MEF |
| | ) | |
| WILLIE JAMES REED | ) | |

# **O R D E R**

On  April 24, 2013, the Magistrate Judge filed a Recommendation (Doc. #421) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  The § 2255 motions (Doc. #403, #409, #417 & #418) are DENIED and this case is DISMISSED, as Reed has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive § 2255 motion.

IT IS SO ORDERED this the 7th day of June, 2013.


_____
/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE